MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
 6401 Security Boulevard
 Baltimore, Maryland 21235
 Telephone: (206) 615-3735
 E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY JAMES RUBIO,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Civil No. 2:24-cv-03277-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-day extension of time to respond to Plaintiff's Complaint in this case from January 24, 2025, up to and including March 10, 2025. In support of this request, the Commissioner respectfully states as follows:

 1. Defendant's response to Plaintiff's Complaint is due to be filed by January 24, 2025.

Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to March 10, 2025 (45 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until March 10, 2025, to respond to Plaintiff's Complaint.

///

Respectfully submitted,

DATE: January 27, 2025                Lehrkind Law Office

                                     */s/ Margaret Lehrkind**
                                     MARGARET LEHRKIND
                                     Attorney for Plaintiff
                                     (*as authorized via email on January 23, 2025)

                                     MICHELE BECKWITH
                                     Acting United States Attorney

                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Office of Program Litigation, Office 7
                                     Social Security Administration

DATE: January 27, 2025      By      *s/ Justin L. Martin*
                                     JUSTIN L. MARTIN
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant

                                     ORDER

    Pursuant to stipulation, it is so ordered.


DATE: January 27, 2025

                            _____
                            ALLISON CLAIRE
                            UNITED STATES MAGISTRATE JUDGE

Stip. For Ext; 2:24-cv-03277-AC             -3-