MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO)**

| | |
|---|---|
| ANTHONY JAMES RUBIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 2:24-CV-03277-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a hearing, re-evaluate the opinion evidence, re-evaluate Plaintiff's RFC, consider Plaintiff's ability

Stip. for Remand, Order and Judgment; 2:24-CV-03277-AC

1

to engage in other work existing in significant numbers in the national economy including obtaining vocational expert evidence, if necessary, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 10, 2025        /s/ *Margaret Lehrkind**
                             (*as authorized via e-mail on 2/24/2025)
                             Jonathan Omar Pena
                             Attorney for Plaintiff

Dated: March 10, 2025        MICHELE BECKWITH
                             Acting United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

                      By:    /s/ *Franco L. Becia*
                             Franco L. Becia
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

[PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

///

///

Stip. for Remand, Order and Judgment; 2:24-CV-03277-AC

2

1  Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social
2  Security Act, 42 U.S.C. 405(g).

4  DATED: March 10, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. for Remand, Order and Judgment; 2:24-CV-03277-AC

3